AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Tyana Johnson,

        *Plaintiff,*

v.

Celebrity Management Company, et al.,

        *Defendant.*

Case No. 2:23–cv–10601–BAF–EAS
Hon. Bernard A. Friedman

**SUMMONS IN A CIVIL ACTION**

To: Nicholas Faranso

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

        Josh Sanford
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, AR
        72211

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By:   s/ D. Peruski
      *Signature of Clerk or Deputy Clerk*



Date of Issuance: March 14, 2023

Civil Action No.    2:23-CV-10601-BAF-EAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Nicholas Faranso**
was recieved by me on  **5/19/2023:**

[X]   I personally served the summons on the individual at   **12210 E 8 MILE RD , Detroit, MI 48205** on **05/23/2023 at 6:07 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   05/23/2023

*Server's signature*

**Kevin Michael Sperry**
*Printed name and title*

**7315 farnum st
romulus, MI 48174**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Nicholas Faranso with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 80-120 lbs.**




Tracking #: **0107150217**