IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TYANA JOHNSON, Individually and**                  **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                        No. 2:23-cv-10601

**CELEBRITY MANAGEMENT COMPANY,**              **DEFENDANTS**
**and NICHOLAS FARANSO**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tyana Johnson, by and through her attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, in support of her Motion for Voluntary Dismissal without Prejudice, does state as follows:

1. Plaintiff filed her Original Complaint – Collective Action on March 14, 2023. ECF No. 1.

2. Although properly served, Defendants never answered Plaintiff's Complaint.

3. It is the desire of Plaintiff to voluntarily dismiss without prejudice all of her claims currently pending in this case.

4. Plaintiff Tyana Johnson hereby requests that the Court dismiss her claims without prejudice.

WHEREFORE, premises considered, Plaintiff Tyana Johnson respectfully requests that the Court dismiss this case without prejudice; and for all other good and proper relief to which she may be entitled, whether or not specifically requested herein.

Page 1 of 2
Tyana Johnson, et al. v. Celebrity Management Company, et al.
U.S.D.C. (E.D. Mich.) No. 2:23-cv-10601
Plaintiff's Motion for Voluntary Dismissal

Respectfully submitted,

**PLAINTIFF TYANA JOHNSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2**
**Tyana Johnson, et al. v. Celebrity Management Company, et al.**
**U.S.D.C. (E.D. Mich.) No. 2:23-cv-10601**
**Plaintiff's Motion for Voluntary Dismissal**